No. —, Original.. *Ex parte:* IN THE MATTER OF HENRY WOODHOUSE, ETC., PETITIONER. June 4, 1923. Motion for leave to file petition for writ of mandamus herein denied. *Mr. Henry Woodhouse* pro se.

———

No. 552. GUARANTY TITLE & TRUST CORPORATION, RECEIVER, ETC. *v.* UNITED STATES. Appeal from the Court of Claims. Motion submitted May 21, 1923. Order entered June 4, 1923. Motion of Norfolk Hampton Roads Company for leave to intervene as a party appellee in this case granted. The appellant to give bond in the amount of $3,000, bond to run in the name of the United States for the benefit of the Norfolk Hampton Roads Company to secure the payment of costs of the appeal as well as interest on $33,000, constituting that part of the judgment recovered by the Norfolk Hampton Roads Company, payment of which has been withheld in consequence of the appeal. *Mr. H. H. Rumble* for Norfolk Hampton Roads Company. *Mr. R. B. Tunstall, Mr. Edward R. F. Wells* and *Mr. Wm. Leigh Williams* for appellant. *The Attorney General* for the United States.